NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROBERT H. GRAY,**
*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

———————————

2016-1782

———————————

Petition for review pursuant to 38 U.S.C. Section 502.

------------------------------------------------------------------------

**BLUE WATER NAVY VIETNAM VETERANS ASSOCIATION,**
*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

———————————

2016-1793

———————————

Petition for review pursuant to 38 U.S.C. § 502.

––––––––––––––––––––

Before PROST, *Chief Judge*, DYK and O'MALLEY, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

In the above-captioned cases, the Supreme Court of the United States granted certiorari, vacated the judgments of this court, and remanded with instruction to dismiss the cases as moot.

Accordingly,

IT IS ORDERED THAT:

(1) The mandates issued on March 28, 2018 are hereby recalled, the judgments rendered on November 16, 2017 are vacated, and the appeals are reinstated.

(2) The appeals are dismissed as moot. The mandates shall reissue forthwith.

FOR THE COURT

August 7, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court